IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JEROME MCINTYRE | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| PA BOARD OF PROBATION & PAROLE | : | NO. 13-1989 |
| COMMONWEALTH OF PENNSYLVANIA | : | |

FILED
JUN - 5 2013
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

### O R D E R

AND NOW, this 5 day of June, 2013, upon consideration of plaintiff's pro se amended complaint (Document No. 10), IT IS ORDERED that:

1. The amended complaint is DISMISSED with prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) & (ii) for the reasons discussed in the Court's Memorandum.

2. The Clerk of Court shall CLOSE this case.

BY THE COURT:

_____
THOMAS N. O'NEILL, JR., J.